UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL D. ROGERS, F30917,<br>Plaintiff. | Case No. 19-cv-04727-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On August 13, 2019, the clerk filed as a new prisoner action a letter from plaintiff complaining of the conditions of confinement at the California Medical Facility (CMF) in Vacaville, California.  On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application.  Plaintiff also was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so.  The action is DISMISSED without prejudice and the clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: October 2, 2019

_____
CHARLES R. BREYER
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ROGERS,

    Plaintiff,

  v.

,

    Defendant.

Case No. 3:19-cv-04727-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael D. Rogers ID: F-30917
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: October 2, 2019

    Susan Y. Soong
    Clerk, United States District Court

    By: /s/ L. Scott
    Lashanda Scott, Deputy Clerk to the
    Honorable CHARLES R. BREYER